IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| KIENER MASCHINENBAU GMBH, <br><br> Appellant, <br><br> v. <br><br> PHYLISS ANN BASS, Individually, and as Executor of the ESTATE OF ROY GLENN BASS (DECEASED), <br><br> Appellees. | Civil Action File No. <br><br> 1:24-cv-04462-TWT |

**APPELLANT'S (I) DESIGNATION OF RECORD ON APPEAL;
(II) STATEMENT OF ISSUES TO BE PRESENTED; AND,
(III) STATEMENT REGARDING TRANSCRIPT**

Pursuant to Federal Rule of Appellate Procedure 6(b)(2)(B), Patrick Wharen, in his capacity as the German court-appointed and authorized foreign representative for Kiener Maschinenbau GmbH (the "Appellant") respectfully submits this designation of items to be included in the record, statement of issues to be presented on appeal from the decision of the United States Bankruptcy Court for the Northern District of Georgia (the "Bankruptcy Court") which was affirmed by the United States District Court for the Northern District of Georgia (the "District Court"), and a statement regarding transcript. *See* Notice of Appeal (Doc. No. 11) and United

States Court of Appeals for the Eleventh Circuit's Acknowledgement of Appeal (Doc. No. 13).

## I. Designation of Items to Be Included in Record on Appeal

Appellant hereby designates the following items to be included in the record on appeal:

|  | Docket No. | Docket Entry | Date |
|---|---|---|---|
| 1) | 1 | Bankruptcy Notice of Appeal | 10/2/2024 |
| 2) | 2 | Bankruptcy Record (including all attachments and the Transcript of the August 5, 2024 evidentiary hearing conducted by the Bankruptcy Court) | 10/29/2024 |
| 3) | 6 | Appellant's Brief by Kiener GmbH (including all attachments) | 12/11/2024 |
| 4) | 7 | Appellee's Brief by Phyllis Ann Bass (including all attachments) | 1/24/2025 |
| 5) | 8 | Appellant's Reply Brief by Kiener GmbH | 2/7/2025 |
| 6) | 9 | Opinion and Order | 9/18/2025 |
| 7) | 10 | Clerk's Judgment | 9/18/2025 |
| 8) | 11 | Notice of Appeal | 10/20/2025 |

## II. Statement of Issues to Be Presented

Appellant hereby submits this statement of issues to be presented on appeal:

1. Whether the Bankruptcy Court erred in its orders by granting the Bass Plaintiffs relief from the automatic stay under 11 U.S.C. § 362(d) "to allow the District Court Litigation to continue to conclusion, including all appeals, and Mrs. Bass may pursue collection efforts on any judgment obtained in the District Court Litigation

      solely to obtain recovery against any insurance policy of the Debtors that cover Mrs. Bass's claims."

2. Whether the Bankruptcy Court erred in its orders by allowing the Court to assert jurisdiction "with respect to the debtor and the property of the debtor that is [outside] the territorial jurisdiction of the United States", contrary to 11 U.S.C. § 1520(a)(1), when the Court asserted jurisdiction over an asset of the German insolvency estate by authorizing collection against the Debtor's German insurance policy.

### III.    Statement Regarding Transcript.

The transcript regarding the August 5, 2024 evidentiary hearing conducted by the Bankruptcy Court has already been requested, transcribed, and filed into the Bankruptcy Court's record and designed as part of the record on appeal (*see* Docket Entry No. 2 identified in the Designation of Items in Record on Appeal above). No hearings were conducted in the District Court. Therefore, no written request for the transcript is required. *See* FED. R. APP. P. 10(b).

Respectfully submitted this 3rd day of November, 2025.

                                          **JONES & WALDEN LLC**

                                          */s/ Cameron M. McCord*
                                          Cameron M. McCord
                                          Georgia Bar No. 143065
                                          Adam E. Ekbom
                                          Georgia Bar No. 919724
                                          699 Piedmont Ave NE
                                          Atlanta, Georgia 30308
                                          Telephone: (404) 564-9300
                                          Facsimile: (404) 564-9301
                                          cmccord@joneswalden.com
                                          aekbom@joneswalden.com
                                          *Counsel for Appellant*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed with this Court via its CM/ECF service, which will send notification of such filing to all counsel of record this 3rd day of November 2025.

I further certify that I prepared this document in 14-point Times New Roman font and complied with margin and type requirements of this Court

Respectfully submitted this 3rd day of November 2025.

                **JONES & WALDEN LLC**

                */s/ Cameron M. McCord*
                Cameron M. McCord
                Georgia Bar No. 143065
                699 Piedmont Avenue, NE
                Atlanta, Georgia 30308
                (404) 564-9300
                CMcCord@joneswalden.com
                *Counsel for Appellant*